**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:                                                                Case No: 17-15787-RAM
ANDRE FOUAD AZZI                                       Chapter 13
SSN: XXX-XX-6638

_____Debtor(s)_____/

### DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN

COMES NOW the Debtor, **Andre Fouad Azzi**, by and through the undersigned counsel and files this Motion to Modify Chapter 13 Plan and in support would show as follows:

1. On May 8, 2017, the Debtor in the above-styled case filed a Petition for Bankruptcy Relief under Chapter 13.

2. On December 21, 2017, Order Confirming Second Amended Chapter 13 Plan was entered.

3. Debtor wishes to modify his plan payment to accurately provide or reflect vacated motion to value filed on case and reclassify creditor through the chapter 13 plan.

4. Debtor hereby files the attached Modified Chapter 13 Plan.

**WHEREFORE**, the Debtor, Andre Fouad Azzi, respectfully requests that this Honorable Court enter an Order Granting the Motion to Modify Chapter 13 Plan and any other relief this court deems proper.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded by CM/ECF to Nancy K. Neidich, Trustee PO BOX 279806 Miramar, FL 33027 and via U.S. Mail to the Debtor and all parties on the service list on this 19th day of July, 2021.

Respectfully Submitted:

By: /S/ Christina A. Fiallo
Christina Alexandra Fiallo, Esq.
Florida Bar No. 92376

**Fiallo Law**
*Attorney for Debtor*
7975 NW 154 Street, Ste. 470
Miami Lakes, FL 33016
Office: (305) 222-7715
Fax: (305) 907-5390
Service: service@fiallolaw.com
Contact: christina@fiallolaw.com

Copies to:

**The following parties were served via the Notice of Electronic Filing**

**Trustee**             Nancy K. Neidich        e2c8f01@ch13herkert.com

**VIA REGULAR MAIL**

**Andre Fouad Azzi**
7340 SW 82 Street
Unit C201
Miami, FL 33143

UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ 1st _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Andre Fouad Azzi    JOINT DEBTOR: _____    CASE NO.: 17-15787

SS#: xxx-xx- 6638    SS#: xxx-xx- _____

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ■ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $451.55    for months  1  to  50 ;
2. $3,034.63  for months  51  to ____ ;
3. $582.51    for months  52  to  60 ;

B. **DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: $5725.00 | Total Paid: $940.00 | Balance Due: $4785.00 |
|---|---|---|
| Payable $85.20 /month (Months 1 to 50 ) | | |
| Payable $525.00 /month (Months 51 to ___ ) | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3,500.00 Base Fee + $150.00 Base Costs + $750.00 Motion to Value (1) + $25.00 Motion to Value Cost (1) + $750.00 Motion to Value (1) + $25.00 Motion to Value Cost (1) + $500.00 Motion to Modify + $25.00 Motion to Modify Cost= $5,725.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

A. **SECURED CLAIMS:**    ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Village at Dadeland Condo Association

   Arrearage/ Payoff on Petition Date _____
   Regular Payment (Maintain)    $244.71    /month (Months 1 to 50 )
   Regular Payment (Maintain)    $2,000.00  /month (Months 51 to ___ )

LF-31 (rev. 05/03/21)    Page 1 of 3

Address: c/o Association Law Group, P.L.
1200 Brickell Avenue, Ste 2000
Miami, FL 33131

Regular Payment (Maintain)    $315.26    /month (Months 52 to 60)

Last 4 Digits of Account No.:    0101

Other: _____

☑ Real Property
   ☑ Principal Residence
   ☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay    ☐ taxes    ☐ insurance directly

Address of Collateral:
7340 SW 82 Street, Unit C201, Miami FL 33143

☐ Personal Property/Vehicle

Description of Collateral: Homeowners Association

B. **VALUATION OF COLLATERAL:**    ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:**    ☐ NONE

| 1. Creditor: Village at Dadeland Condo Association | Value of Collateral: $63,570.00 | **Payment** |
|---|---|---|
| Address: c/o Association Law Group, P.L. 1200 Brickell Avenue, Ste 2000 Miami, FL 33131 | Amount of Creditor's Lien: $44,919.68 Interest Rate: 5.25% | Total paid in plan: $0.00 $0.00 /month (Months ___ to ___) |
| Last 4 Digits of Account No.: 0101 | Check one below: ☐ Escrow is included in the monthly mortgage payment listed in this section ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly | |
| Real Property ☑ Principal Residence ☐ Other Real Property Address of Collateral: 7340 SW 82 Street Unit C201, Miami FL 33143 | | |

2. **VEHICLES(S):**    ☑ NONE

3. **PERSONAL PROPERTY:**    ☑ NONE

C. **LIEN AVOIDANCE**    ☑ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

   ☑ NONE

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

   ☐ NONE

   ☑ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

Debtor(s): Andre Fouad Azzi       Case number: 17-15787

|   | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Seterus Inc | 1003 | 7340 SW 82 Street, Unit C201, Miami FL 33143 |
| 2. | Bank of America | 8999 | 11861 SW 103 Lane, Miami, Florida 33186 |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

   A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

   B. **INTERNAL REVENUE SERVICE:** ☒ NONE

   C. **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

   D. **OTHER:** ☒ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

   A. Pay $91.54 /month (Months 1 to 50)
      Pay $206.16 /month (Months 51 to ___)
      Pay $209.00 /month (Months 52 to 60)

   Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

   B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

   C. **SEPARATELY CLASSIFIED:** ☒ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **STUDENT LOANS** ☒ NONE

VII. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

   ☒ NONE

VIII. **INCOME TAX RETURNS AND REFUNDS:** ☒ NONE

IX. **NON-STANDARD PLAN PROVISIONS** ☒ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Andre Fouad Azzi    Debtor    July 14, 2021             Joint Debtor
Andre Fouad Azzi                      Date                                           Date

/s/ Christina A Fiallo, Esq.     July 14, 2021
Attorney with permission to sign on     Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**