UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                         Case No. 17-15787-RAM
                                                               Chapter 13
ANDRE FOUAD AZZI,

      Debtor.
_____/

---

**IMPORTANT NOTICE**

**Bank of America, N.A. ("BANA") is committed to helping its Consumer & Small Business clients experiencing hardship. Depending upon circumstances of your case, BANA may be agreeable to a consensual resolution of this matter through, among other things, a Court approved temporary deferral of payments, a restructuring of payments, or a restructuring of payment amounts. If you, or where applicable any co-debtors, fall into this category, you or your counsel (if represented) should promptly contact the undersigned to discuss possible options.**

---

**BANK OF AMERICA, N.A.'S MOTION FOR ORDER CONFIRMING THAT
THE AUTOMATIC STAY AND CO-DEBTOR STAY IS NOT IN EFFECT
(Re: 11861 SW 103rd Lane, Miami, Florida, 33186-8542)**

    Bank of America, N.A. ("Movant"), by and through its undersigned counsel, files this *Motion for Order Confirming that the Automatic Stay and Co-Debtor Stay is not in Effect*, and in support thereof states as follows:

    1.    The court has jurisdiction over this matter pursuant to 11 U.S.C. § 362, Fed. R. Bankr. P. 4001, and the various other provisions of the United States Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the laws of the United States of America.

    2.    Andre Foud Azzi ("Debtor") filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on May 8, 2017.

    3.    Movant holds a security interest in the Debtor's real property located at 11861 SW 103rd Lane, Miami, Florida, 33186-8542 (the "Property"), by virtue of a Mortgage, which was executed by the Debtor and non-filing Co-Debtor Rocio L Urmeneta, which is recorded in OR

Book 23776 at Page 0964 in the Public Records of Miami-Dade County, Florida. Said Mortgage secures a Bank of America Equity Maximizer Agreement and Disclosure Statement ("Note") with a credit limit of $123,775.00.

4. The *First Modified Chapter 13 Plan* [D.E. No. 103] filed on July 19, 2021 provides that payments on Movant's claim regarding the Property will be paid by the Debtor directly to Movant.

5. The Court entered an *Order Granting Debtor's Motion to Modify Plan and Approving First Modified Chapter 13 Plan* [D.E. # 111] on August 30, 2021, according to which, "If the Plan does not provide for payments to a secured creditor, such creditor is granted *in rem* stay relief to pursue available state court remedies against any Property of the Debtor's which secures the creditor's claim." [D.E. No. 111] at ¶5.

6. Pursuant to the Order, in rem stay relief was granted to pursue available state court remedies against any property of the debtor which secures the creditor's claim.

7. Although Movant has *in rem* relief from the automatic stay as set forth in Paragraph 5 above, Movant seeks confirmation and clarification from the Court that this relief authorizes Movant to enforce its remedies to foreclose upon and obtain possession of the Property, including post-sale process and eviction proceedings, if necessary, in state court. Movant will neither seek nor obtain an *in personam* judgment against the Debtor.

**WHEREFORE**, Movant respectfully requests an Order confirming that the automatic stay and co-debtor stay is not in effect, that Movant (and any successors and/or assigns) may proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property, including but not limited to commencing and/or prosecuting a

mortgage foreclosure action, post-sale process, and eviction proceedings, if necessary, in state court, and for such other and further relief as the Court may deem just and proper.

Dated: July 8, 2022                                                        Respectfully Submitted:

                                                  Jennifer Laufgas
                                                  Bar No.: 56181
                                                  Aldridge Pite, LLP
                                                  Attorney for Movant
                                                  Fifteen Piedmont Center
                                                  3575 Piedmont Road, N.E., Suite 500
                                                  Atlanta, GA 30305
                                                  Phone: (404) 994-7400
                                                  Fax: (619) 590-1385
                                                  Email: jlaufgas@aldridgepite.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I caused a copy of the foregoing *Motion for Order Confirming that the Automatic Stay and Co-Debtor Stay is not in Effect* o be served electronically or via U.S. Mail, first-class postage prepaid, to:

| **DEBTOR ATTORNEY** | **TRUSTEE** |
|---|---|
| **(via electronic notice)** | **(via electronic notice)** |
| | |
| Christina A Fiallo | Nancy K. Neidich |
| christina@fiallolaw.com | e2c8f01@ch13miami.com |
| | |
| **DEBTOR** | **UNITED STATES TRUSTEE** |
| | **(via electronic notice)** |
| Andre Fouad Azzi | |
| 7340 SW 82 Street | Department of Justice |
| Unit C201 | USTPRegion21.MM.ECF@usdoj.gov |
| Miami, FL 33143 | |
| | **CO-DEBTOR** |
| | |
| | Rocio L Urmeneta |
| | 11861 SW 103rd Ln |
| | Miami, Florida, 33186 |

Dated: July 8, 2022

    /s/ *Jennifer Laufgas*
Jennifer Laufgas
Bar No.: 56181
Aldridge Pite, LLP
Attorney for Movant
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: jlaufgas@aldridgepite.com