**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:                                                                  Case No.17-15787-RAM

ANDRE FOUAD AZZI,                                           Chapter 13

           Debtor.
_____/

## NOTICE OF WITHDRAWAL OF BANK OF AMERICA, N.A.'S MOTION FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY AND CO-DEBTOR STAY IS NOT IN EFFECT AND CANCELING HEARING PREVIOUSLY SCHEDULED

    Bank of America, N.A. ("Secured Creditor") by and through undersigned counsel, withdraws its previously filed *Motion for Order Confirming that the Automatic Stay and Co-Debtor Stay is not in Effect* [D.E. #122] in the above-styled bankruptcy proceeding without prejudice. Further, the hearing scheduled as to this matter on August 23, 2022 at 9:00 a.m. is canceled.

    Respectfully Submitted:

/s/ *Jennifer Laufgas*
Jennifer Laufgas, Bar No.: 56181
Attorney for Secured Creditor
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: jlaufgas@aldridgepite.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I caused a copy of the foregoing *Notice of Withdrawal of Motion for Order Confirming that the Automatic Stay and Co-Debtor Stay is not in Effect* to be served electronically or via U.S. Mail, first-class postage prepaid, to:

**DEBTOR ATTORNEY**
**(via electronic notice)**
Christina A Fiallo
christina@fiallolaw.com

**DEBTOR**
Andre Fouad Azzi
7340 SW 82 Street
Unit C201
Miami, FL 33143

**TRUSTEE**
**(via electronic notice)**
Nancy K. Neidich
e2c8f01@ch13miami.com

**UNITED STATES TRUSTEE**
**(via electronic notice)**
Department of Justice
Southern District of Florida - Miami
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Dated: July 12, 2022

/s/ *Jennifer Laufgas*
Jennifer Laufgas, Bar No.: 56181
Attorney for Secured Creditor
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: jlaufgas@aldridgepite.com