

ORDERED in the Southern District of Florida on July 21, 2022.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:                                  Case No: 17-15787-RAM
ANDRE FOUAD AZZI               Chapter 13
SSN: XXX-XX-6638

_____Debtor(s)_____/

### ORDER GRANTING DEBTOR'S MOTION TO DEEM CURRENT SECURED OBLIGATION TO CREDITOR VILLAGE AT DADELAND CONDO ASSOCIATION POC1 [DE#117]

     THIS CAUSE came to be heard on July 12, 2022 on chapter 13 consent calendar on Debtor's Motion to Deem Current Secured Obligation to Creditor Village at Dadeland Condo Association POC#1 [DE#117]. Based upon the debtor's assertions made in support of the Motion and being duly advised in the premises, the Court FINDS as follows:

**ORDERED AND ADJUDGED that**:

1.     That the Motion is **GRANTED.**

2. Secured Obligation to Creditor Village at Dadeland Condo Association is Deemed Current.

3. Debtor shall resume regular payments directly to the Homeowner's Association and Village at Dadeland Condo will restart sending regular monthly statements.

###

Submitted by:

Christina A. Fiallo
7975 NW 154 Street
Miami Lakes, FL 33016

Christina A. Fiallo 7975 NW 154 Street, Suite 470 Miami Lakes, FL 33016, 305-222-7715, attorney for Debtor, is directed to furnish a copy of this order on the parties listed and file a certificate of service.